UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| Lillie Quattlebaum, | ) | C/A No.: 6:06-cv-209-GRA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | **ORDER** |
| | ) | |
| | ) | (Written Opinion) |
| v. | ) | |
| | ) | |
| Michael Astrue, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff's attorney petitions this Court for an award of attorney's fees in the above-captioned case pursuant to section 206(b) of the Social Security Act, 42 U.S.C. § 406(b). Plaintiff's attorney seeks $3,187.50 in attorney's fees at $250.00 per hour for 12.75 hours at the District Court level. The government filed a response in support of the petition for attorney's fees.

After a review of the record, the petition for attorney's fees, and the government's response thereto, this Court finds that an award of attorney's fees in the amount requested is appropriate.

IT IS THEREFORE ORDERED that Plaintiff's attorney be awarded three thousand one hundred eighty-seven dollars and fifty cents ($3,187.50) in attorney's fees.

IT IS SO ORDERED.

_____
G. ROSS ANDERSON, JR.
UNITED STATES DISTRICT JUDGE

December 6, 2007.
Anderson, South Carolina